WENDY M. KRINCEK, ESQ., Bar No. 6417
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:   702.862.8811
Email:   wkrincek@littler.com
  ddickinson@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELENA ESCOBAR, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUTHERLAND GLOBAL SERVICES INC., a Foreign Corporation,<br><br>Defendant. | Case No. 2:20-cv-02301-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff SELENA ESCOBAR ("Plaintiff") and Defendant SUTHERLAND GLOBAL SERVICES INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint by three (3) weeks from the current deadline of January 13, 2021, up to and including **February 3, 2021**. The parties make this request as Defendant is continuing to gather information and requires additional time to prepare a response to the Complaint.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: January 12, 2021

Dated: January 12, 2021

Respectfully submitted,

Respectfully submitted,

*/s/ Jenny L. Foley*
JENNY L. FOLEY, Ph.D., ESQ.
REX M. MARTINEZ, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

Attorneys for Plaintiff
SELENA ESCOBAR

*/s/ Diana G. Dickinson*
WENDY M. KRINCEK, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES INC.

**IT IS SO ORDERED.**

Dated: January 13, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4832-0219-2342.1 061963.1042

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.