WENDY M. KRINCEK, ESQ., Bar No. 6417
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
ddickinson@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELENA ESCOBAR, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUTHERLAND GLOBAL SERVICES INC., a Foreign Corporation,<br><br>Defendant. | Case No. 2:20-cv-02301-GMN-EJY<br><br>**STIPULATION TO EXCUSE DEFENDANT SUTHERLAND GLOBAL SERVICES INC.'S INSURANCE REPRESENTATIVE FROM ATTENDANCE AT THE EARLY NEUTRAL EVALUATION SESSION**<br><br>**United States Magistrate Judge Cam Ferenbach**<br><br>ENE Date: March 25, 2021<br>ENE Time: 10:00 a.m. |

Plaintiff SELENA ESCOBAR ("Plaintiff") and Defendant SUTHERLAND GLOBAL SERVICES INC. ("Defendant"), by and through their attorneys of record, hereby submit this stipulation for an exemption from the Early Neutral Evaluation ("ENE") requirements for Defendant's insurance representative.

The Order Scheduling the ENE requires a representative of Defendant's insurance carrier with authority to settle this matter up to the full amount of the claim be present. (ECF No. 12 at 2:4-7). Defendant respectfully requests that the Court issue an order excusing Defendant's insurance

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

representative from attendance at the ENE session. Coverage in this matter is subject to a substantial $250,000.00 self-insured retention. Based on the information presently available regarding Plaintiff and her allegations in this lawsuit, there is no reasonable good faith likelihood that Plaintiff's claims exceed the substantial retention level at this time. In light of the status of the litigation, it is Defendant's belief that insurance coverage will not have any effect on the settlement negotiations at the ENE. Additionally, Defendant's corporate representative, René Lafferty, is prepared to fully and actively participate in the ENE and has binding authority to settle the matter.

Because Defendant will have fully-adequate representation at the ENE, the parties stipulate and request the Court excuse Defendant's insurance representative from the ENE session.

Dated: March 4, 2021                                Dated: March 4, 2021

Respectfully submitted,                             Respectfully submitted,


/s/ Jenny L. Foley                                  /s/ Diana G. Dickinson
JENNY L. FOLEY, PH.D., ESQ.                         WENDY M. KRINCEK, ESQ.
REX M. MARTINEZ, ESQ.                               DIANA G. DICKINSON, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP                        LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                             Attorneys for Defendant
SELENA ESCOBAR                                      SUTHERLAND GLOBAL SERVICES INC.


**IT IS SO ORDERED.**

Dated: ____March 5_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4836-6808-1116.1 061963.1042

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800