**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**REX MARTINEZ, ESQ.**
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SELENA ESCOBAR, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUTHERLAND GLOBAL SERVICES INC., a Foreign Corporation,<br><br>Defendant. | CASE NO.: 2:20-cv-02301-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff SELENA ESCOBAR ("Plaintiff") and Defendant SUTHERLAND GLOBAL SERVICES INC. ("Defendant") by and through their counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute or law, whether local, state, or federal, in any forum that would be available.

///

///

///

Page **1** of **2**

| | | |
|---|---|---|
|1| Dated: May 10, 2021 | Dated: May 10, 2021 |
|2| | |
|3| HKM EMPLOYMENT ATTORNEYS LLP | LITTLER MENDELSON, P.C. |

By: /s/ Jenny L. Foley
JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
REX MARTINEZ, ESQ.
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 805-8340
*Attorneys for Plaintiff*

By: /s/ Diana G. Dickinson
WENDY M. KRINCEK, ESQ., Bar No. 6417
DIANA G. DICKINSON, ESQ., Bar No. 13477
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702-862-8800
Facsimile: 702-862-8811
Email: wkrincek@littler.com
Email: ddickinson@littler.com
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

Dated this 13 day of May, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court